UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                CASE NO. 07 B 00628
   DONNA M LAW
                                      CHAPTER 13

                                      JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3577

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/15/07 and confirmed on 04/04/07.

     2.  The case was dismissed after confirmation, 07/27/2007.

     3.  The Debtor paid a total of $  1683.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 18760.44 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 8200.00 | 190.54 | 1132.31 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | 307.65 | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 506.46 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 309.43 | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| COL/DEBT COLLECTOR SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | .00 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 1067.74 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1526.64 | .00 | .00 |
| ORTHODONTIC AFFILIATES | UNSECURED | 1266.18 | .00 | .00 |
| DEPARTMENT OF HUD | SECURED | .00 | .00 | .00 |

                Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26960.44 | .00 | 4984.10 | .00 | 31944.54 |
| PRINCIPAL PAID | 1132.31 | .00 | .00 | .00 | 1132.31 |
| INTEREST PAID | 190.54 | .00 | .00 | .00 | 190.54 |
| TOTAL PAID | 1322.85 | .00 | .00 | .00 | 1322.85 |

The Debtor's attorney, PATRICK A MESZAROS                , was allowed $  3000.00
and was paid $   500.00  direct and $   299.70  through the plan.

The Trustee received $     60.45 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


Dated: 10/10/07                     /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 07 B 00628 DONNA M LAW